# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>NATHANAEL ISLAS(1),<br><br>                    Defendant. | CASE NO. 12CR4519-JM<br><br><br>**JUDGMENT OF DISMISSAL** |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___     the Court has dismissed the case for unnecessary delay; or

_X_     the Court has granted the motion of the Government for dismissal, without prejudice; or

___     the Court has granted the motion of the defendant for a judgment of acquittal; or

___     a jury has been waived, and the Court has found the defendant not guilty; or

___     the jury has returned its verdict, finding the defendant not guilty;

_X_     of the offense(s) as charged in the Indictment/Information:

        21:841(a)(1) - Possession of Cocaine with Intent to Distribute

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/04/2013

                                    *Barbara L. Major* (signature)
                                    Barbara L. Major
                                    U.S. Magistrate Judge